CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 21 2014

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY S. HOPKINS,<br>    Plaintiff, | )<br>)<br>) | Civil Action No. 7:14-cv-00087 |
| v. | )<br>) | **ORDER** |
| HAROLD CLARKE, et al.,<br>    Defendants. | )<br>)<br>) | By:   Hon. James C. Turk<br>        Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

**ENTER:** This _18th_ day of April, 2014.

/s/ James C. Turk
Senior United States District Judge